UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

**LATOYIA DENESIA JONES**,  CASE NO.: **22-bk-40121-KKS**
 CHAPTER 7

Debtor.
_____
_____

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Thomas Lobello, III, Esquire, Post Office Box 4400, Jacksonville, Florida 32201-4400, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

_____

**MOTION FOR RELIEF FROM STAY**

Comes now the Movant, **AF TITLE COMPANY d/b/a AMERICAN FINANCIAL**, by and through its undersigned attorney and respectfully represents:

1. The Debtor filed a petition for relief under Chapter 7 of the bankruptcy code on April 21, 2022.

2. **AF TITLE COMPANY d/b/a AMERICAN FINANCIAL**, is the holder of a claim in the amount of $22,027.41, secured by a 2016 Chevrolet Cruze, VIN #1G1BE5SM8G7321074. Copies of the Florida Motor Vehicle Lease Agreement and Certificate of Title are attached as Exhibit A.

3. Debtor has failed to make payments and is in default under the terms of the lease agreement.

4. Debtor continues to use the collateral, subjecting it to depreciation and risk of loss.

5. Pursuant to the contract, the Debtor is required to maintain insurance coverage in full force and effect, naming Movant as the loss payee.

6. **AF TITLE COMPANY d/b/a AMERICAN FINANCIAL**, lacks adequate protection for its interest in the collateral.

7. Neither the Debtor nor the Trustee have any equity in the collateral and the collateral is not essential to a successful reorganization.

8. If **AF TITLE COMPANY d/b/a AMERICAN**, is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

**WHEREFORE**, the Movant prays that the automatic stay imposed by 11 USC, Section 362(a) be modified so as to permit **AF TITLE COMPANY d/b/a AMERICAN**, to enforce its security interest in the collateral and that the additional stay period shall not be enforced.

ROLFE & LOBELLO, PA

/s/  Thomas Lobello, III

_____
THOMAS LOBELLO, III, ESQUIRE
Fla. Bar No.:  603023
Post Office Box 4400
Jacksonville, Florida 32201-4400
(904) 358-1666
Email:  tl@rolfelaw.com/toliver@rolfelaw.com
Attorney for MOVANT

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to LaToyia Denesia Jones, Debtor, 510 Barrington Road, Monticello, Florida 32344, the address as shown on the Bankruptcy Notice, and to: India Footman, Attorney for Debtor, 1345 Cross Creek Circle, Tallahassee, Florida 32301; Sherry Chancellor, Chapter 7 Trustee, 619 West Chase Street, Pensacola, Florida 32502, and to The Office of the Assistant U.S. Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida 32301, by U.S. Mail, this 17th day of May, 2022.

ROLFE & LOBELLO, PA

/s/  Thomas Lobello, III

_____
THOMAS LOBELLO, III, ESQUIRE
Fla. Bar No.:  603023
Post Office Box 4400
Jacksonville, Florida 32201-4400
(904) 358-1666
Email:  tl@rolfelaw.com/toliver@rolfelaw.com
Attorney for MOVANT